

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM CRUZ,

      Plaintiff,

  -against-

FEDERAL AT I.C.M. MANHATTAN, N.Y., et al.,

      Defendants.

20-CV-4392 (VEC) (BCM)

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Abraham Cruz, who is now incarcerated in a State Correctional Institution in Pennsylvania, seeks to pursue claims against unnamed officials of the "I.C. Metro Manhattan" and against a fellow prisoner, identified only as Mr. Mannanlei, at "I.C.M. Manhattan." (Dkt. No. 17.) There is no such federal facility in Manhattan. Reasoning that plaintiff may have intended to identify the Metropolitan Correctional Center (MCC), the District Judge directed the United States Attorney for the Southern District of New York, as attorney and agent for the Bureau of Prisons (BOP), to identify the Warden of the MCC, the MCC psychiatrist to whom plaintiff complained about an assault by a fellow prisoner, and the prisoner who was plaintiff's cellmate in cell 6C-4 at the MCC. (Dkt. No. 23 at 4.)

    By letter dated November 30, 2020 (Dkt. No. 27), the United States Attorney reports that the BOP has been unable to locate any record of plaintiff, or an inmate named Mannanlei, at the MCC. Nor does the MCC contain a cell 6C-4. *Id.*

    No later than **January 4, 2021**, plaintiff shall provide the Court, in writing, with information sufficient to identify the facility in which he was housed in 2011-12 when the events alleged in his amended complaint took place. Specifically, plaintiff shall state, to the best of his ability, the **name** of the facility; the **address** of the facility; plaintiff's **federal register number** or **inmate number** while at the facility; whether the facility was operated by **federal**, **state**, or **local** authorities; and whether the facility was a **psychiatric** facility.

    The Clerk of Court is directed to mail a copy of this order to plaintiff, along with a copy of Dkt. No. 27.

Dated: New York, New York
       December 1, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**