United States District Court
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/21

Abraham (Junior) Cruz         : No. 1:20-CV-4392
　　　　　Plaintiff,              :
                              :  **MEMO ENDORSED**
　　　v.                         :
                              :
                              : Honorable Judges:
Metropolitan Correctional Center: Mr. Stanton
Ms. Suzanne Hastings (Warden), : Ms. Caproni
　　　　　Defendant,             : Ms. Moses
                              :

Motion to Apply For a Court Appointed Attorney

I, Abraham (Junior) Cruz, hereby is applying for Pro bono assistance for all the other complexes in Law and I being held Incommunicado (2008) and no one has said a word. Thanks for The Investigators, well need, and so is the Lawyer to litigate. I had forgot about the nurse and no services. I hope the Investigator call it quit, we're not done.

This 15 of December of 2020

---

Application DENIED. The Clerk of Court is respectfully directed to mail a copy of this order to plaintiff. SO ORDERED.

_/s/ Barbara Moses_

Barbara Moses, U.S.M.J.
January 4, 2021

