```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM CRUZ,

                Plaintiff,

                v.

SUZANNE HASTINGS, et al.,

                Defendants.

20-CV-4392 (VEC) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    On November 9, 2021, plaintiff filed a document entitled "Motion to Contour Compliance" (Dkt. No. 66), which appears to constitute his opposition to defendants' motion to dismiss. If defendants wish to file a reply brief, they shall do so no later than **November 19, 2021**. The Clerk of Court is respectfully directed to mail a copy of this order to plaintiff, including the Court's Pennsylvania State Prison "control number" on the envelope.

Dated: November 12, 2021
       New York, New York

                              SO ORDERED.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**