USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/2022

**MEMO ENDORSED**

RECEIVED
FEB 23 2022
VALERIE CAPRONI
U.S. DISTRICT JUDGE
S.D.N.Y.

The United States District Court
For the Southern District of New York

Abraham Gunior Cruz : No. 1:20-CU-4392 (V.E.C.) (B.C.M.)
          Plaintiff, :
                          : Honorable Gudge Valerie E. Caproni
       V- :
                          : Magistrate Gudge Barbara Moses
Metropolitan Corr. Center, :
Suzanne Hastings and :
William G. Ryans, :
          Defendants. :

Motion For Court Appointed Attorney

I, Abraham (Gr) Cruz, hereby Apply for our endless cue
to have Counsel Appointed Courts Volunteer for Facts are
left out on purpose for this Injury not to Court.

The Courts fail to realize that I am being held Hostage,
Incommunicado (No Mail), Incompetent (Hands tied behind my back),
No G-Pay (No Money) and a Shot of Trotcittle to Stop me from Courts.

This 14th February, 2022

and the Butner, North Carolina Newspaper Reports on The X-rays, M-X-Rays of Ms. Belly and Ms. Roberts. It's proof of the Contusion and Broken neck, not once, but twice and say it's disclaiming, "Leaving a bump on the back of his head!" Sorry for its more for the Claim that I, "Failed to State any claim upon which Relief may be Granted" being Shortchanged.

Docket #35

2. Entry, A Copy of the Order of not my Judge at that time, Persecution, Prosecuting Honorable David Ronald Cashman Bashing, Retaliating, Stalking with an Illeterate Harmful Forced Shot of Inofcinte so Abraham (Gr.) Cruz would wd for 6-7yrs., could not write, Adopted by Government for 3yrs. for not to have SENTRY Nor Reach the Courts; therefore, You're trying to stop Us, Aiding and Abbetting by not Accepting the Order, We have Valentin V. Dinkins 121 F. 2d 72, 76 (2nd Crt. 1997). AT the Mental Hospital I was 302'd to by Dr. Ryan's abuse Hon. Christopher C. Conner was my Federal Judge not Hon. David R. Cashman of Pittsburgh's Allegheny County Court. There's a 1:20-CV-1931 To: Clerk of Superior Court
Granville County
Courier #17-02-01
Oxford, North Carolina 27565-3399

This 14th February, 2022

S.C.I. Phoenyx NY-2555
1200 Mokychic Dr./Box 244
Collegeville, PA. 19426-244

2 of 2

Mr. Cruz's request for Court-appointed counsel is DENIED.  Mr. Cruz has made this request on numerous occasions.  *See* Dkts. 16, 18, 30, 43, 57, 61.  All of those requests have been denied.  *See* Orders, Dkts. 24, 32, 65.  For the same reasons as discussed by Magistrate Judge Moses in her carefully reasoned order at docket entry 24, namely that Mr. Cruz has not shown a sufficiently likelihood of success on the merits to support his request for pro bono counsel, Mr. Cruz's request is again denied.

The Clerk of Court is respectfully directed to close the open motion at docket entry 74.  The Clerk is further directed to mail a copy of this endorsement to Mr. Cruz, including the Court's Pennsylvania State Prison "control number" on the envelope.
SO ORDERED.

Date: February 23, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE