UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ABRAHAM CRUZ,

                       Plaintiff,

     -against-                                     20 **CIVIL** 4392 (VEC)

## **JUDGMENT**

SUZANNE HASTINGS, et al.,

                       Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 24, 2022, the R&R is adopted in full, Defendants' motion to dismiss is GRANTED, and Mr. Cruz's claims are DISMISSED with prejudice. Mr. Cruz is DENIED leave to file a fourth amended complaint. The federal claims in the complaint are also dismissed with prejudice against the Defendants who have not yet been served; to the extent Mr. Cruz intended to raise state law claims, those claims are dismissed without prejudice. Because Mr. Cruz's claims are barred by the statute of limitations, the Court certifies pursuant to 28 U.S.C. Section 1915(a)(3) that any appeal from the Order would not be taken in good faith, and, therefore, permission to proceed in forma pauperis for purposes of appeal is denied; accordingly, the case is closed.

**Dated:** New York, New York

       March 25, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                            **BY:**

                                                        **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2022