**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/06/2022

RECEIVED
SDNY PRO SE OFFICE
2022 JUN -3 AM 9:57

The United States District Court
For the Southern District of New York

Abraham (Junior) Cruz : No. 1:20-CV-4392 (V.E.C.-B.C.M.)
    Plaintiff,  :     1:20-CV-1252 (S.E.S.) (L.L.S.)
             :     1:20-CV-0572 (S.E.S. [PA-N.Y.])
   V-     :
             : Honorable Ms. Valerie E. Caproni,
M.C.C.-New York, Mr. Ryan,: Honorable Ms. Barbara C. Moses,
Mrs. Hastings et al.,   : Honorable Mr. Louis L. Stanton,
    Defendants: Honorable Ms. Susan E. Schwab.

Motion for Appoint of Attorney, Substitute or Ombudsman

    Requesting Appoint of Lawyer. There's been a Bail-out and a Reach... not reported to 1:20-CV-572 to now part of 2555-CA-2021 (Cruz V- Fed. Ct. 1:20-CV-435). Hon. Conner's Order to Evaluations as it on purpose to be Across State Lines, Hon. S.E. Schwab have dropped him off, for not including his name, yet it were his Orders.
    <u>Montgomery V. Pinchak</u>, 294 F.3d 492, 498 (3rd Cir. 2002). Indigent Civil Litigant possess neither a Constitution, nor a Statutory Right to appoint Counsel... but are allowed Volunteers.
    <u>Holder V. City of Allentown</u>, 987 F.2d 188, 194 (3rd Cir. 1993). Pro-Se Plaintiffs are Entitled to Relief if their complaint sufficiently alleges deprivation of any Right secured by the Constitution's Constitution.
    This 30th of May of 2022



Smart Communications/PADOC
SCI- Phoenix
Name Abraham (Gusuior) Cruz
Number NY-2555
PO-Box-33028  1200 Mokychic Dr./Box 244
St-Petersburg-FL-33733  Collegeville, PA. 19426

RECEIVED JUN 02 2022 CLERK'S OFFICE S.D.N.Y.

Pro Se AF

To: The United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

RECEIVED 2022 JUN -3 AM 9:45
SDNY PRO SE OFFICE

neopost 05/31/2022 US POSTAGE $000.53°
ZIP 19426 041M12252211

1 of 2

The Court is in receipt of Mr. Cruz's requests (1) for permission to submit new evidence (Dkt. 80); (2) to compel compliance (Dkt. 81); and (3) for appointment of an attorney (Dkt. 82).  On March 24, 2022, the Court dismissed Mr. Cruz's claims with prejudice.  *See* Order, Dkt. 78; Judgment, Dkt. 79.  The Court found that Mr. Cruz's claims were barred by the statute of limitations, and even if they had not been time-barred, that Mr. Cruz had failed to state a claim.  *Id.*  The Court sees no reason to reconsider those findings and re-open this case.  Accordingly, Mr. Cruz's requests at docket entries 80, 81, and 82 are DENIED.

The Clerk of Court is respectfully directed to close the open motions at docket entries 80 and 82.  The Clerk is further directed to mail a copy of this Order to Mr. Cruz, including the Court's Pennsylvania State Prison "control number" on the envelope, and to note the mailing on the docket.

SO ORDERED.

Date: June 4, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE