**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/08/2022

RECEIVED
SDNY PRO SE OFFICE

2022 JUN -7  PM 3: 16

The United States District Court
For the Southern District of New York

Abraham (Junior) Cruz   :    No. 1:20-CU-4392 (VEC.-B.C.M.)
     Petitioner,   :
                   :
     V.-           :
                 : Honorable Valerie E. Caproni
M.C.C.-New York, Mr. Ryan, : Honorable Barbara C. Moses
Mrs. Hastings. et al.,      :
     Defendants.      :

Motion of New Evidence Extending Defense
Incompetent Notice of Motion

Document 35 Filed 2/8/21, pg. 2 of 2 in Error at bottom.
Abraham (Jr.) Cruz 70167-067 was at MCC-New York from
Wed, 3rd Oct., 2011 - Tue. 23rd Oct., 11 Mr. MaManus for a day
22nd/10/11 Only. Mr. Manuel Mannantein #91648-059
Cellmate from 10th-21st Oct., 11. Transfered 302d to Ok.cty, Ok.
then to F.B.M.H. Hosp. (F.M.C.- Butner, N.C.). I could not SENTRY
from Mental Hospital; therefore, Please refuse to dismiss for No Exhaustion.
Whitington V.- Sokol; 491 F.Supp. 2d 1012, 1019 (D.Colo. 2007) Both apply!!
Days V.- Johnson; 322 F.3d 863, 867 (5th Cir. 2003)

This 31/May/2022

related to him or his cellmate, <u>Plaintiff thinks he</u> was incarcerated at the MCC, and if so, to provide additional information that might allow this Office to locate relevant records (i.e., a federal register number or inmate number).  (The Warden of MCC during the relevant timeframe (winter 2011-2012, *see* ECF No. 17, at 4) was Suzanne Hastings.)

Thank you for your consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
*Attorney for the defendants*

By:      /s/ Ilan Stein

ILAN STEIN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2525
Fax:  (212) 637-2730
ilan.stein@usdoj.gov

cc: *Pro Se* Plaintiff (via U.S. mail)



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 8, 2021

<u>By ECF</u>
The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

    Re:    *Abraham Cruz v. I.C. Metro Manhattan, et al.*, 20 Civ. 4392

Dear Judge Moses:

    This Office represents the Bureau of Prisons ("BOP") in connection with the above-captioned matter. On January 8, 2021, the Court ordered this Office to identify "(1) the MCC psychiatrist or psychologist to whom plaintiff complained about an assault by a fellow prisoner; (2) the MCC psychiatrist or psychologist who treated or evaluated plaintiff while at the MCC, if different; and (3) the prisoner who was plaintiff's cellmate at the MCC in 2021, whose last name may or may not be some variant of 'Mannanlei.'" ECF No. 34 at 3. Additionally, the Court ordered the Office to "verify the identity of the defendant described as nurse Maria Manning, shield #51673, and . . . provide the addresses, if known, where these defendants may be served." *Id.*

    This Office can confirm that an Abraham Cruz, Registration No. 70167-067, was housed at the Metropolitan Correctional Center in New York ("MCC") from October 3, 2012 until November 20, 2012.

    According to MCC records, it appears that there were two forensic clinical psychologists who evaluated Cruz while he was at MCC: (1) Kari M. Schlessinger, who evaluated Cruz on October 3, 2012;[1] and (2) William J. Ryan, Ph.D., Forensics Clinical Psychologist, who evaluated Cruz on November 15, 2012.[2]

    With respect to the incident that forms the basis of Cruz's complaint, MCC records indicate that, on November 18, 2012, Cruz was seen by Tonya Cooper, RN, at which time Cruz stated that "he was brushing his teeth and that his roommate put him in a headlock for no reason," and that he had "a bump on his head."[3] Upon examination, Nurse Cooper noted a small contusion on the back left side of Cruz's head. Records indicate that Nurse Cooper informed Dr. Ryan of the

---

[1] Dr. Schlessinger currently serves as the Chief Psychologist at Metropolitan Detention Center Brooklyn, 80 29th Street, Brooklyn, NY 11232.

[2] Dr. Ryan retired from BOP in October 2013. This Office will provide Dr. Ryan's address to the Court under separate cover, in accordance with the Court's instructions.

[3] BOP located a Tonya Cooper, RN in the National Finance Center database. According to that database, Nurse Cooper is health professional in the Commissioned Corps of the U.S. Public Health Service. The database does not contain a current address for Nurse Cooper and BOP has not located any additional records pertaining to Nurse Cooper.



Page 2

incident, who advised a referral to a psychiatrist. BOP has not been able to locate any psychology report following the incident, and Cruz was transferred out of MCC two days later.

This Office respectfully informs the Court that BOP searched the MCC database for a Nurse Maria Manning and/or nurse bearing a shield #51673, and found no record of either.

Finally, the Office has determined that Cruz's cellmate on or around November 18, 2012 was Michael McManus, Registration No. 91837-054. Mr. McManus is no longer in BOP custody.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:    /s/ Jessica F. Rosenbaum
JESSICA F. ROSENBAUM
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2777
Facsimile:  (212) 637-2786
E-mail:  jessica.rosenbaum@usdoj.gov

cc: *Pro Se* Plaintiff (via U.S. Mail)

```
NYMDQ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        06-03-2021
PAGE 001 OF 001                                                      14:36:29
       FUNCTION: L-P SCOPE: REG   EQ 70167-067   OUTPUT FORMAT: FULL
   -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM [          ] THRU [          ] DT STS: FROM [          ] THRU [
DT STS: FROM [    ] TO [    ] DAYS BEFORE "OR" FROM [    ] TO [    ] DAYS AFTER DT RDU
DT TDU: FROM [    ] TO [    ] DAYS BEFORE "OR" FROM [    ] TO [    ] DAYS AFTER DT TRT
STS/REAS:
SUBJECTS:
EXTENDED: [ ] REMEDY LEVEL: [ ][ ]          RECEIPT: [ ][ ][ ] "OR" EXTENSION: [ ][ ][ ]
RCV  OFC : EQ [    ]
TRACK: DEPT: [
       PERSON: [
       TYPE: [
EVNT FACL: EQ [
RCV FACL.: EQ [
RCV UN/LC: EQ [
RCV QTR..: EQ [
ORIG FACL: EQ [
ORG UN/LC: EQ [
ORIG QTR.: EQ [


G5152      NO REMEDY DATA EXISTS FOR THIS INMATE
```

Smart Communications/PADOC

SCI- Phoenix

Name Abraham (Ly...a) Cruz

Number LY-2555

PO. Box-33028/1200 Mokychie Dr./Box 244

St-Petersburg-FL-33733 Collegeville, PA 19426

RECEIVED
SDNY PRO SE OFFICE
2022 JUN -7 AM 9:10

Pro Se
EN

To: The United States District Court
For the Southern District of New York
500 Pearl St.
New York, New York 10007

US POSTAGE $000.53°

neopost®
06/02/2022

ZIP 19426
041M11253291

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

Application DENIED.  The Court found that Mr. Cruz's claims were barred by the statute of limitations, and even if they had not been time-barred, that Mr. Cruz had failed to state a claim.  *See* Order, Dkt. 78; Judgment, Dkt. 79.  The Court sees no reason to reconsider those findings and re-open this case. Accordingly, Mr. Cruz's request in this letter is DENIED.

The Court reiterates to Mr. Cruz that **this case is closed**. The Court will not reopen this case. Accordingly, the Court encourages Mr. Cruz to refrain from making further such requests.

The Clerk of Court is respectfully directed to close the open motion at docket entry 84.  The Clerk is further directed to mail a copy of this Order to Mr. Cruz, including the Court's Pennsylvania State Prison "control number" on the envelope, and to note the mailing on the docket.

SO ORDERED.

Date: June 8, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE