USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/08/2022

United States District Court
Southern District of New York

| | |
|---|---|
| Abraham (Jr.) Cruz<br>Plaintiff, | : Civil Action No.<br>: 1:20-CV-4392 (V.E.C.) |
| v.- | : **MEMO ENDORSED** |
| Suzanne Hastings, et al,<br>Defendants. | : |

## Motion For a Court Appointed Attorney

I, Abraham Cruz hereby move this Court for a Court Appointed Counsel for the complex turns of an Events that I in Pro-Se... Incommunicado, No J-Pay, Incompetent, had been shot with I wof cintte to stop me from reaching the Courts illegally, on Extraordinary Downward Departure, 302ᵈ to N.C., In Zone of Danger, Held Hostage with Burden of Proof with my hands tied behind my back. No Shuttle of Motions

this Wednesday 31ˢᵗ of August of 2022

Application DENIED. As explained on June 8, 2022 (Dkt. 85), **this case is closed**. The Court will not reopen this case. The Clerk of Court is respectfully directed to close the motion at Dkt. 86 and to mail a copy of this Order to Mr. Cruz, including the Court's Pennsylvania State Prison "control number" on the envelope, and to note the mailing on the docket. SO ORDERED.

*Barbara Moses*

Barbara Moses
United States Magistrate Judge
September 8, 2022

---

PHILADELPHIA PA 190
1 SEP 2022 PM 5 L

RECEIVED
SEP 06 2022

Smart Communications/PADOC
SCI-Phoenix
Name Abraham (Junior) Cruz
Number NY-2555
PO Box 33028  1200 Mokychic Dr. /Box 244  Collegeville, PA 19426
St Petersburg FL 33733

To the Clerk's Office
United States District Court
For the Southern District of New York
500 Pearl St.
New York, New York. 10007